**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| LAWRENCE BRANDON, | : | No. 365 WAL 2021 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| TAX CLAIM BUREAU, DIRECTOR, JOANN | : | |
| RANCK, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 13th day of April, 2022, the Petition for Allowance of Appeal is

**DENIED**.